IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AMIN JALALI RAD,<br><br>  Petitioner,<br><br>  v.<br><br>ERIK ROKOSKY, *et al.*,<br><br>  Respondents. | No. 25cv17279 (RMB)<br><br>**ORDER** |

Petitioner Amin Jalali Rad, an asylum seeker from Iran, who is in the custody of the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE") in Elizabeth Detention Center in Elizabeth, New Jersey, filed a Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. ("Petition" Dkt. No. 1 ¶ 1). Petitioner challenges his immigration re-detention since June 27, 2025, after his release on parole on February 20, 2024, without any intervening change in circumstances. Petition ¶¶ 1-5, 27, 30.  For relief, he seeks: (1) to enjoin Respondents from removing him from the jurisdiction of the Newark Field Office while habeas proceedings are pending; (2) declaratory relief that his continued detention violates the Immigration and Nationality Act ("INA"), the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), and/or (3) the Due Process Clause of the Fifth Amendment; (4) grant the Petition and order Petitioner's immediate release from custody within 24 hours; (5) alternatively, order Petitioner's release within 10 days unless Defendants schedule a bond hearing; (6) permanently enjoin Respondents from arresting or

1

detaining Petitioner under §1225(b) without prior leave from this Court; (7) costs and attorney's fees; and (8) any other just and proper relief. Petition at 23-24.

In accordance with Rule 4 of the Rules Governing § 2254 Cases ("Habeas Rule 4")—which is applicable to § 2241 cases through Rule 1(b) of the Rules Governing § 2254 Cases—this Court has screened the Petition for dismissal and determined that dismissal without an answer and the record is not warranted. The Court will order an expedited answer.

**IT IS** on this **7th day of November, 2025**,

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition, Dkt. No. 1, and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition, Dkt. No. 1, and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, pursuant to Habeas Rule 4, within ten days of the date of the entry of this Order, Respondents shall electronically file a full and complete answer to the Petition, which responds to the factual and legal allegations of the Petition; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243; and it is further

**ORDERED** that Respondents shall raise by way of the answer any appropriate

defenses which Respondents wish to have the Court consider; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

**ORDERED** that all exhibits to the Answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; and it is finally

**ORDERED** that Petitioner may file and serve a reply brief in support of the Petition within five days after the answer is filed.

s/Renée Marie Bumb  
RENÉE MARIE BUMB  
Chief United States District Judge