# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMIN JALALI RAD, | Hon. Renée Marie Bumb, C.U.S.D.J. |
| *Petitioner*, | Civil Action No. 25-17279 |
| v. | |
| ERIC ROKOSKY, *et al.*, | **ORDER** |
| *Respondents*. | |

Respondents having filed a motion, ECF No. 6, for the entry of an order sealing Petitioner's medical records filed as Exhibit F to Respondent's answer, ECF No. 4; and Respondents having submitted a certification in support of the sealing order demonstrating that Petitioner's medical records are confidential, private, and sensitive information under Local Civil Rule 5.2(17); and Petitioner's medical records may assist the Court in deciding Petitioner's habeas petition; and the Court having considered this matter under Local Civil Rule 5.3, finding that Respondents have established good cause for the entry of an order to seal, including that Respondents have a compelling, legitimate interest in protecting the privacy of Petitioner's medical information; and Petitioner consenting to the sealing of his medical records; and the Court finding that Petitioner suffers the risk of serious and specific harm if his medical information is released to the public.

**IT IS ORDERED** on this **11th day of December 2025**, that Respondent's motion to seal Petitioner's medical records, ECF No. 6 is **GRANTED**, and Exhibit F to Respondents' Answer, ECF No. 4, are hereby **SEALED**.

                                          s/ Renée Marie Bumb
                                          RENÉE MARIE BUMB
                                          CHIEF UNITED STATES DISTRICT JUDGE

At Camden, New Jersey