# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| A-J-R-        , | ) | |
| Petitioner, | ) ) | Case No. 25-17279 |
| v. | ) ) | Hon. Renée Marie Bumb |
| ERIC ROKOSKY, et al., | ) ) | |
| Respondents. | ) ) | |

## ORDER GRANTING MOTION TO SEAL DOCUMENTS

Upon consideration of Petitioner's Motion to Seal Documents, and all declarations and exhibits in support thereof, and the record in this action, this Court finds that Petitioner has shown good cause for relief, pursuant to the Court's weighing of the factors under Local Civil Rule 5.3(c)(3), to seal the following documents:

Petitioner's Declaration in Support of Writ of Habeas Corpus, ECF No. 1-3, Petitioner's Ex. A;

Notice and Order of Expedited Removal, ECF No. 1-4, Petitioner's Ex. B;

Notice to Appear, ECF No. 1-5, Petitioner's Ex. C;

Grant of parole, ECF No. 1-6, Petitioner's Ex. D;

Request for parole, ECF No. 1-7, Petitioner's Ex. E;

Order of Immigration Judge, ECF No. 1-8, Petitioner's Ex. F;

Filing Receipt, Board of Immigration Appeals, ECF No. 1-9, Petitioner's Exhibit G;

    Declaration of Elizabeth Singer, MD, MPH, ECF No. 1-10, Petitioner's Exhibit H;

    Record of Deportable/Inadmissible Alien, ECF No. 3-1, Respondent's Exhibit A;

    Notice to EOIR: Alien Address, ECF No. 3-2, Respondent's Exhibit B;

    Record of Deportable/Inadmissible Alien ECF No. 3-3, Respondent's Exhibit C;

    Warrant for Arrest, ECF No. 3-4, Respondent's Exhibit D;

    Petitioner's Correspondence with ICE, ECF No. 5-2, Petitioner's Exhibit J;

    Credible Fear Interview, ECF No. 5-3, Petitioner's Exhibit K;

    Parole Advisal and Scheduling Notification, ECF No. 5-4, Petitioner's Exhibit L.

    Accordingly,

    **IT IS ORDERED** on this **11th day of December, 2025**, that Petitioner's motion to seal documents, ECF No. 7, is **GRANTED**, and those documents are hereby **SEALED**.


Dated: **December 11, 2025**                   s/ Renée Marie Bumb
                                                   RENÈE MARIE BUMB
                                                   Chief United States District Judge