IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| A-J-R-          ,                ) <br> Petitioner,  ) <br> ) <br> v.                                     ) <br> ) <br> ERIC ROKOSKY, et al.,    ) <br> Respondents.  ) | Case No. 25-17279 <br><br> Hon. Renée Marie Bumb |

**ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM**

Upon consideration of Petitioner's Motion to Proceed Under Pseudonym, and declarations and exhibits in support thereof, and any further record in this action, this Court finds that Petitioner has shown good cause for relief.

Accordingly, the Court hereby **GRANTS** Petitioner's Motion to Proceed Under Pseudonym, ECF No. 8. The Court hereby **ORDERS**:

1. Petitioner may proceed in this matter under pseudonym;

2. Respondents shall not publicly disclose the name or personally identifying information of A-J-R-; and

3. All parties shall submit pleadings, briefing, and evidence using A-J-R-'s pseudonym instead of his real name or other personally identifying information.

This Order shall take effect immediately upon entry and shall remain in effect by further order of the Court.

**IT IS SO ORDERED.**

Dated:  December 11, 2025                    s/ Renée Marie Bumb
                                             RENÉE MARIE BUMB
                                             Chief United States District Judge