

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| John F. Basiak Jr.<br>*Assistant United States Attorney*<br>*Chief, Civil Division* | 402 East State Street, Room 430<br>Trenton, NJ 08608<br>john.basiak@usdoj.gov | main: (609) 989-2190<br>direct: (609) 858-0309<br>fax:  (609) 989-2275 |

January 21, 2026

<u>Via ECF</u>
Hon. Renée Marie Bumb, C.U.S.D.J.
United States District Court
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

SO ORDERED this **22nd** day of **January** 20**26**

*/s/ Renée Marie Bumb*

   Re:   *A.J.R. v. Rokosky*, No. 25-cv-17279
         Extension Request on Consent

Dear Chief Judge Bumb:

    This Office represents the United States in the above-referenced habeas matter in which Petitioner challenges the legality of his detention under 8 U.S.C. § 1225(b). We write with the consent of Petitioner's counsel to request a four-day extension of time to file a supplemental brief regarding the effect, if any, of the Third Circuit's recent precedential decision in *Khalil v. President, United States of America*, No. 25-2162, 2026 WL 111933 (3d Cir. Jan. 15, 2026), and to respond to Petitioner's Motion to Revise the Court's Decision Pursuant to Rule 54(b), ECF No. 19. If the Court grants this request, Respondents omnibus submission would be due on Monday, January 26. Additionally, the parties respectfully request that the Court give Petitioner until January 30 to submit a reply.

    We respectfully submit that good cause exists for this extension request. The statutory interpretation issues raised by *Khalil* are complex and could have a profound effect on certain immigration litigation in this Circuit. To ensure that we provide the parties and the Court with the benefit of a complete submission, we are actively coordinating with the Office of Immigration Litigation at Main Justice for guidance, which requires additional time. Furthermore, there are now at least seven other courts in this District ordering supplemental briefing from Respondents regarding the effect of *Khalil*, and we respectfully submit that it would be in the interest of litigants in all these cases for Respondents to file a supplemental brief on the same day, which we plan to propose as Monday at 11:59 p.m. in all cases.

If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

                                                  Respectfully submitted,

                                                  TODD BLANCHE
                                                  U.S. Deputy Attorney General

                                                  JORDAN FOX
                                                  Chief of Staff & Associate Deputy
                                                   Attorney General
                                                  Special Attorney

                                    By:    /s/ John F. Basiak Jr.
                                                  JOHN F. BASIAK JR.
                                                  Assistant United States Attorney
                                                  Chief, Civil Division

cc:    All counsel (via ECF)