**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

A.J.R.,

            Petitioner

   v.

ROKOSKY, et al.,

            Respondents

Civil No. 25-17279 (RMB)

**ORDER**

For the reasons set forth in the accompanying Opinion,

**IT IS** therefore on this **3rd day of March 2026,**

**ORDERED** that Petitioner's Motion to Revise (Dkt. No. 19) is **GRANTED**.

Within five days of the date of entry of this Order, Respondents shall provide

Petitioner with a individualized bond hearing, upon which the Government bears the

burden of proof, based on clear and convincing evidence, that continued detention is

necessary based on Petitioner's flight risk or danger to the community.  Respondents

shall file a status report on the outcome of the bond hearing within three days of the

hearing.

                                **s/Renée Marie Bumb**
                                **RENÉE MARIE BUMB**
                                **Chief United States District Judge**